

# Service of Process Transmittal
08/03/2021
CT Log Number 540013816

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Georgia**

**FOR:** WALMART INC.  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Ackerman Tonya, Pltf. vs. Walmart Inc. and Walmart Claims Services, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summonses, Attachment(s), Complaint, Verification, Motion, Order |
| **COURT/AGENCY:** | Bulloch County Superior Court, GA<br>Case # SUCV2021000245 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/06/2019, Walmart Supercenter #754, 147 Northside Drive East, Statesboro, Bulloch County, Georgia |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company (FL), Cumming, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/03/2021 at 10:19 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Leslie H. Cushner<br>Cushner Law & Mediation, LLC<br>401 E. Grady Street<br>Statesboro, GA 30458<br>812-259-7777 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/04/2021, Expected Purge Date: 08/09/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company (FL)<br>106 Colony Park Drive<br>STE 800-B<br>Cumming, GA 30040<br><br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

**EXHIBIT "A"**

Page 1 of  2 / TD