IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TONYA ACKERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.6:21-cv-0666 |
| WALMART INC. and WALMART ) | |
| CLAIMS SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR THE SUBSTITUTION OF A PARTY-DEFENDANT

COME NOW the parties in the above-captioned case, by and through the undersigned counsel, and file this Joint Motion to Substitute Wal-Mart Stores East, LP for Wal-Mart, Inc. and Walmart Claims Services Inc. as the party-Defendant, pursuant to Fed. R. Civ. P. 25(c). In support thereof, the parties show this Court as follows:

1. The Complaint was filed on July 29,2021 in Bulloch County State Court and named Wal-Mart, Inc. and Walmart Claims Services as the party-Defendant in this action.

2. Wal-Mart, Inc. and Walmart Claims Services Inc. was incorrectly named as party-Defendants. For the purposes of this lawsuit, the correct party-Defendant is Wal-Mart Stores East, LP.

3. Wal-Mart, Inc. was served with a copy of the Summons and Complaint in this action, through its registered agent at Corporation Process Company, 106 Colony Park Drive, Suite 800-

B, Cumming, Georgia 30040. Wal-Mart, Inc. timely answered the Complaint on September 2, 2021 and removed the matter to this Court.

4.    Counsel for Defendant has indicated that the correct corporate party-Defendant is Wal-Mart Stores East, LP.

5.    Plaintiff and Defendant agree and request that Wal-Mart, Inc and Walmart Claims Inc. should be dropped from this matter and Wal-Mart Stores East, LP should be substituted and added as the proper Defendant. Wal-Mart, Inc., Walmart Claims Inc. and Wal-Mart Stores East, LP do not admit liability by virtue of this substitution and preserve all defenses available to them in this action.

6.    By and through undersigned counsel, Wal-Mart Stores East, LP. hereby waives issuance of a summons and acknowledges service of process of Plaintiff's Complaint but does not waive any other defenses. Plaintiff and Defendant stipulate and agree that the *Answer and Defenses to Plaintiff's Complaint* previously filed in Federal Court by Walmart, Inc. shall be deemed as the Answer and Defenses for Wal-Mart Stores East, LP., and that no further Answer shall be required on behalf of Wal-Mart Stores East, LP.

7.    The parties further request that the Court issue an order that Wal-Mart, Inc. and Walmart Claims Inc. be dismissed as Defendant in this action pursuant to Fed. R. Civ. P. 25(c), that the case proceed against Wal-Mart Stores East, LP and that the style of the case be amended to reflect the substitution.

8.    The parties submit a proposed Order for the Court's review and consideration.

This  7th   of December 2021.

                                                    */s/ Leslie H. Cushner*
                                                    Leslie H. Cushner
                                                    Georgia Bar No. 151422

Cushner Law & Mediation, LLC
401 E. Grady Street
Statesboro, GA 30458
leslie@cushnerfirm.com

                                          **DREW, ECKL & FARNHAM, LLP**

                                          */s/ Ann H. Searcy*
                                          Leslie P. Becknell
                                          Georgia Bar No. 046320
                                          Ann H. Searcy
                                          Georgia Bar No. 633302
                                          *Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
(912) 280-9662
lbecknell@deflaw.com
searcya@deflaw.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| TONYA ACKERMAN, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION FILE<br>v. ) NO. .6:21-cv-0666<br>)<br>WALMART, INC. and WALMART )<br>CLAIMS SERVICES INC., )<br>)<br>)<br>Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Cushner Law & Mediation, LLC
401 E. Grady Street
Statesboro, GA 30458
leslie@cushnerfirm.com

This 7th day of January, 2021.

**DREW ECKL & FARNHAM, LLP**

/s/ Ann H. Searcy
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520

(912) 280-9662
lbecknell@deflaw.com
searcya@deflaw.com


**Leslie H. Cushner**

  */s/ Leslie H. Cushner*
Leslie H. Cushner
Cushner Law & Mediation, LLC
401 E. Grady Street
Statesboro, GA 30458
leslie@cushnerfirm.com