IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TONYA ACKERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. .6:21-cv-0666 |
| WALMART INC. and WALMART ) | |
| CLAIMS SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court for consideration of the parties' Joint Motion to Substitute Party Defendant. After due consideration, the Motion is hereby **GRANTED**. Walmart Stores East, LP, is hereby substituted as party defendant for Walmart, Inc.and Walmart Claims Services Inc.  Henceforth, the style of the case shall be *Tonya Ackerman v. Wal-Mart Stores East, LP*.

**SO ORDERED,** this _____ day of January, 2022.

_____
R. STAN BAKER
Judge, United States District Court
Southern District of Georgia
Stateboro Division